### GRANTHAM *v.* GRANTHAM.

COBB, J.    There was no error of law complained of. The evidence, though conflicting, was sufficient to authorize the verdict, and the discretion of the trial judge in refusing to grant a new trial will not be controlled.

*Judgment affirmed.    By five Justices.*

Submitted June 12, — Decided July 1, 1903.

Trover.    Before Judge Dart. Wayne superior court.    December 29, 1902.

*James R. Thomas,* for plaintiff.
*S. R. Harris* and *John W. Bennett,* for defendant.